UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 90-04199 |
| | ) | |
| CHRISTOPHER L. BOISAUBIN and | ) | Chapter: 7 |
| NICOLA M. BOISAUBIN, | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Lake County |
| Debtor(s) | ) | |

**ORDER GRANTING ~~JOINDER OF ROBERT J. BACKWELL, TRUSTEE~~
TO MOTION ~~FOR RELIEF FROM ORDER~~** TO REOPEN (No. 9)

This matter is before the Court on the Motion for Relief of an Order filed by the Debtor, Christopher L. Bousaubin (Dkt. No. 9), [*construed as a motion to reopen,*] and a Joinder filed by Robert J. Blackwell, Trustee of the Bankruptcy Estate of Christopher L. Boisaubin (Case No. 09-40688-705; Bankr. E.D. Mo.); based on the arguments of counsel and the record as a whole, the Court finds good cause to grant the relief, requested.

IT IS HEREBY ORDERED the instant bankruptcy case is hereby re-opened pursuant to 11 U.S.C. §350, instanter. *The US Trustee is directed to appoint a chapter 7 trustee.*

Enter:

Dated: **0 1 DEC 2017**

/s/ A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**
Francis X. Buckley, Jr. (#06185143)
THOMPSON COBURN LLP
55 East Monroe, 37th Floor
Chicago, Illinois 60603
Telephone: (312) 580-2210
Fax: (312) 782-1040
fxbuckleyjr@thompsoncoburn.com
Attorneys for Webster Bank, N.A.

Rev: 20151029_bko