**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 18 2017

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

Fill in this information to identify your case and this filing:

Debtor 1: Christopher L. Boisaubin
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: Northern District of Illinois
Case number: 90-04199

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1. _____
Street address, if available, or other description

_____
City    State    ZIP Code

_____
County

What is the property? Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?  Current value of the portion you own?
$_____    $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____
City    State    ZIP Code

_____
County

What is the property? Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?  Current value of the portion you own?
$_____    $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Debtor 1    Christopher L. Boisaubin
            First Name    Middle Name    Last Name                                    Case number (if known) 90-04199

1.3. _____  **What is the property?** Check all that apply.      Do not deduct secured claims or exemptions. Put
     Street address, if available, or other description  ☐ Single-family home       the amount of any secured claims on *Schedule D:*
     _____  ☐ Duplex or multi-unit building                      *Creditors Who Have Claims Secured by Property.*
                              ☐ Condominium or cooperative                          Current value of the    Current value of the
     _____  ☐ Manufactured or mobile home                         entire property?        portion you own?
     City          State  ZIP Code  ☐ Land                                          $_____             $_____
                              ☐ Investment property
                              ☐ Timeshare                                           Describe the nature of your ownership
                              ☐ Other _____                               interest (such as fee simple, tenancy by
                                                                                    the entireties, or a life estate), if known.
     _____  **Who has an interest in the property?** Check one.
     County                   ☐ Debtor 1 only                                       _____
                              ☐ Debtor 2 only
                              ☐ Debtor 1 and Debtor 2 only                          ☐ Check if this is community property
                              ☐ At least one of the debtors and another             (see instructions)

                              Other information you wish to add about this item, such as local
                              property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages
   you have attached for Part 1. Write that number here. .............................................................→   $_____

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☑ No
   ☐ Yes

   3.1. Make: _____       **Who has an interest in the property?** Check one.   Do not deduct secured claims or exemptions. Put
        Model: _____      ☐ Debtor 1 only                                       the amount of any secured claims on *Schedule D:*
        Year: _____       ☐ Debtor 2 only                                       *Creditors Who Have Claims Secured by Property.*
        Approximate mileage: _____  ☐ Debtor 1 and Debtor 2 only                Current value of the    Current value of the
        Other information:  ☐ At least one of the debtors and another             entire property?        portion you own?
        _____
                            ☐ Check if this is community property (see            $_____             $_____
                              instructions)

   If you own or have more than one, describe here:

   3.2. Make: _____       **Who has an interest in the property?** Check one.   Do not deduct secured claims or exemptions. Put
        Model: _____      ☐ Debtor 1 only                                       the amount of any secured claims on *Schedule D:*
        Year: _____       ☐ Debtor 2 only                                       *Creditors Who Have Claims Secured by Property.*
        Approximate mileage: _____  ☐ Debtor 1 and Debtor 2 only                Current value of the    Current value of the
        Other information:  ☐ At least one of the debtors and another             entire property?        portion you own?
        _____
                            ☐ Check if this is community property (see            $_____             $_____
                              instructions)

Official Form 106A/B              Schedule A/B: Property                                              page 2

Debtor 1  **Christopher L. Boisaubin**
         First Name   Middle Name   Last Name

Case number (if known) **90-04199**

---

**3.3.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
$_____                               $_____

**3.4.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
$_____                               $_____

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☒ No
☐ Yes

**4.1.** Make: _____
Model: _____
Year: _____
Other information:
_____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
$_____                               $_____

If you own or have more than one, list here:

**4.2.** Make: _____
Model: _____
Year: _____
Other information:
_____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
$_____                               $_____

---

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ........................................................➔  $_____

---

Official Form 106A/B                Schedule A/B: Property                page 3

Debtor 1  Christopher L. Boisaubin
    First Name   Middle Name   Last Name

Case number (if known) 90-04199

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware
☒ No
☐ Yes. Describe.........                                $_____

**7. Electronics**
Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☒ No
☐ Yes. Describe.........                                $_____

**8. Collectibles of value**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe.........                                $_____

**9. Equipment for sports and hobbies**
Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes. Describe.........                                $_____

**10. Firearms**
Examples: Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe.........                                $_____

**11. Clothes**
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☒ No
☐ Yes. Describe.........                                $_____

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☒ No
☐ Yes. Describe.........                                $_____

**13. Non-farm animals**
Examples: Dogs, cats, birds, horses
☒ No
☐ Yes. Describe.........                                $_____

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information. ..............                                $_____

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ....................➔   $_____

Official Form 106A/B       Schedule A/B: Property       page 4

Debtor 1  **Christopher L. Boisaubin**
         First Name   Middle Name   Last Name

Case number (if known) **90-04199**

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No
☐ Yes............................................................................................................................... Cash:  .................... $_____

**17. Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☒ No
☐ Yes.................

Institution name:

17.1. Checking account: _____ $_____
17.2. Checking account: _____ $_____
17.3. Savings account: _____ $_____
17.4. Savings account: _____ $_____
17.5. Certificates of deposit: _____ $_____
17.6. Other financial account: _____ $_____
17.7. Other financial account: _____ $_____
17.8. Other financial account: _____ $_____
17.9. Other financial account: _____ $_____

**18. Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes................ Institution or issuer name:

_____ $_____
_____ $_____
_____ $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them............

Name of entity: _____   % of ownership: 0% ___%   $_____
_____   0% ___%   $_____
_____   0% ___%   $_____

Debtor 1    Christopher L. Boisaubin            Case number (if known) 90-04199
       First Name    Middle Name    Last Name

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them.....    Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each account separately.    Type of account:    Institution name:

     401(k) or similar plan:
     Pension plan:
     IRA:
     Retirement account:
     Keogh:
     Additional account:
     Additional account:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes.....................    Institution name or individual:

     Electric:
     Gas:
     Heating oil:
     Security deposit on rental unit:
     Prepaid rent:
     Telephone:
     Water:
     Rented furniture:
     Other:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes.....................    Issuer name and description:

Debtor 1  Christopher L. Boisaubin
         First Name   Middle Name   Last Name

Case number (if known) 90-04199

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ☒ No
- ☐ Yes .................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____  $_____
_____  $_____
_____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☒ No
- ☐ Yes. Give specific information about them....  $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ☒ No
- ☐ Yes. Give specific information about them....  $_____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ☒ No
- ☐ Yes. Give specific information about them....  $_____

**Money or property owed to you?**

Current value of the portion you own? Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
- ☒ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ........

Federal:  $_____
State:    $_____
Local:    $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☒ No
- ☐ Yes. Give specific information..............

Alimony:              $_____
Maintenance:         $_____
Support:             $_____
Divorce settlement:  $_____
Property settlement: $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☒ No
- ☐ Yes. Give specific information..............  $_____

Debtor 1 _____   Case number (if known)_____
         First Name    Middle Name    Last Name

### 31. Interests in insurance policies
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

### 32. Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information............ [_____] $_____

### 33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
Examples: Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes. Describe each claim. ............ [Personal bodily injury claim for sexual abuse in 1971 or 1972] $ contingent

### 34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims

☒ No
☐ Yes. Describe each claim. ............ [_____] $_____

### 35. Any financial assets you did not already list

☒ No
☐ Yes. Give specific information............ [_____] $_____

### 36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here .................................................................................... → $_____

---

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

### 37. Do you own or have any legal or equitable interest in any business-related property?
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 38. Accounts receivable or commissions you already earned
☐ No
☐ Yes. Describe...... [_____] $_____

### 39. Office equipment, furnishings, and supplies
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☐ Yes. Describe...... [_____] $_____

Debtor 1   Christopher L. Boisaubin
           First Name   Middle Name   Last Name

Case number (if known) 90-04199

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade
  ☐ No
  ☐ Yes. Describe......   $_____

41. Inventory
  ☐ No
  ☐ Yes. Describe......   $_____

42. Interests in partnerships or joint ventures
  ☐ No
  ☐ Yes. Describe....... Name of entity:                                      % of ownership:
                                                                              ____%   $_____
                                                                              ____%   $_____
                                                                              ____%   $_____

43. Customer lists, mailing lists, or other compilations
  ☐ No
  ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes. Describe. .......   $_____

44. Any business-related property you did not already list
  ☐ No
  ☐ Yes. Give specific information ..........
                                          $_____
                                          $_____
                                          $_____
                                          $_____
                                          $_____
                                          $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ..................... → $_____

**Part 6:  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
  ☒ No. Go to Part 7.
  ☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

47. Farm animals
  Examples: Livestock, poultry, farm-raised fish
  ☐ No
  ☐ Yes.....................   $_____

Official Form 106A/B           Schedule A/B: Property           page 9

Debtor 1   Christopher L. Boisaubin
          First Name    Middle Name    Last Name

Case number (if known) 90-04199

48. **Crops—either growing or harvested**
   - ☐ No
   - ☐ Yes. Give specific information............
   $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   - ☐ No
   - ☐ Yes.......................
   $_____

50. **Farm and fishing supplies, chemicals, and feed**
   - ☐ No
   - ☐ Yes.......................
   $_____

51. **Any farm- and commercial fishing-related property you did not already list**
   - ☐ No
   - ☐ Yes. Give specific information............
   $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ......... → $_____

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
   *Examples:* Season tickets, country club membership
   - ☒ No
   - ☐ Yes. Give specific information............
   $_____
   $_____
   $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ......... → $_____

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ......... → $       0.00

56. Part 2: Total vehicles, line 5         $       0.00

57. Part 3: Total personal and household items, line 15     $       0.00

58. Part 4: Total financial assets, line 36      $_____

59. Part 5: Total business-related property, line 45     $       0.00

60. Part 6: Total farm- and fishing-related property, line 52     $       0.00

61. Part 7: Total other property not listed, line 54    + $       0.00

62. Total personal property. Add lines 56 through 61. ..........    $_____   Copy personal property total → + $_____

63. Total of all property on Schedule A/B. Add line 55 + line 62. ...........................   $ unknown

Official Form 106A/B          Schedule A/B: Property          page 10

Fill in this information to identify your case:

Debtor 1: Christopher L. Boisaubin

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): 90-04199

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Personal bodily injury<br>Line from Schedule A/B: 33 | $ Contingent | ☑ $ 7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(h)(4) |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

## File a Notice:

90-04199 Christopher L Boisaubin and Nicola M Boisaubin

Type: bk  
Assets: n  
Chapter: 7 v  
Judge: ABG  
Office: 1 (Chicago)  
Case Flag: REOPENED

## U.S. Bankruptcy Court

## Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from Adrian E Mazar entered on 12/13/2017 at 11:21 AM CST and filed on 12/13/2017

**Case Name:** Christopher L Boisaubin and Nicola M Boisaubin  
**Case Number:** 90-04199  
**Document Number:** 22

**Docket Text:**
Notice of Filing Filed by Adrian E Mazar on behalf of Christopher L Boisaubin (RE: [21] Schedules). (Mazar, Adrian)

The following document(s) are associated with this transaction:

**Document description:** Main Document  
**Original filename:** NOTFIL.BKR.Boisaubin.pdf  
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=12/13/2017] [FileNumber=64485746
-0] [a33c9cda38ea8dfc6515f2a50a729f0447bdb5b52904a7ba245fbede31ef9fadc
8cf5f7cb2e21ca441def670e5f4396e8dec29ee23b361c7d5ea52982e0138b2]]

## 90-04199 Notice will be electronically mailed to:

Francis X Buckley, Jr. on behalf of Trustee Robert J. Blackwell
fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com

Joseph E Cohen
jcohen@cohenandkrol.com,
jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;acartwright@cohenandkrol.com

Joseph E Cohen on behalf of Trustee Joseph E Cohen
jcohen@cohenandkrol.com,
jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;acartwright@cohenandkrol.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Adrian E Mazar on behalf of Debtor 1 Christopher L Boisaubin
amazar@matekmazarlaw.com, G24416@notify.cincompass.com

Joel A Schechter, ESQ
joelschechter@covad.net, jschechter@ecf.epiqsystems.com

Steven M Wallace on behalf of Interested Party Marianist Province of the United States
steven.wallace@heplerbroom.com

## 90-04199 Notice will not be electronically mailed to:

Robert J. Blackwell

,

Edgar Blumenfeld on behalf of Debtor 1 Christopher L Boisaubin
Edgar A Blumenfeld Ltd
134 N Lasalle St Ste 1920
Chicago, IL 60602

Edgar Blumenfeld on behalf of Debtor 2 Nicola M Boisaubin
Edgar A Blumenfeld Ltd
134 N Lasalle St Ste 1920
Chicago, IL 60602

**Fill in this information to identify your case:**

Debtor 1: Christopher L. Boisaubin

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): 90-04199

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 18 2017

JEFFREY P. ALLSTEADT, CLERK
INTAKE S

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

Signature of Debtor 1

Signature of Debtor 2

Date 12/12/2017

Date _____

Official Form 106Dec           Declaration About an Individual Debtor's Schedules