# B100 (11/86) BANKRUPTCY DOCKET

| 341 MEETING (Date, Time, Loc.) | CLAIM DEADLINE | DIST. NO. 0752 | OFF. NO. 1 | DOCKET NUMBER YR – NUMBER 90 04199 |
|---|---|---|---|---|
| 4-13-90 at 9:30 WAU | | | | |
| DISCHARGE HEARING (Date, Time, Loc) 8/17/90 at 1:30 (Wauk) | 523/727 COMPLAINT | DATE PETITION FILED 03/06/90 | REOPENED | CHECK IF APPLICABLE  X ◁ Joint Petition |

| NAME OF DEBTOR (Last, First, Middle) | NAME OF JOINT DEBTOR |
|---|---|
| BOISAUBIN, CHRISTOPHER L | BOISAUBIN, NICOLA M |
| AKA/DBA 1. 2. 3. | AKA/DBA 4. 5. 6. |
| SS or EMPLOYER ID 488541327 | SS or EMPLOYER ID 410765161 |
| ADDRESS OF DEBTOR 651 MEADOW LANE LIBERTYVILLE  IL  600482932 | ADDRESS OF JT. DEBTOR |
| NAME OF COUNTY LAKE | COUNTY CODE 17097 | TRUSTEE CODE SCHJ | NAME OF JUDGE JOHN D SCHWARTZ | JUDGE CODE A326 |

**TYPE OF CASE** (Check One Box): X ◁ Voluntary   ◁ Involuntary

**NATURE OF DEBTOR** (Check One Box): ◁ Business (complete below)   X ◁ WAGE EARNER (do not complete below)

**COMMENCED UNDER** (Check One Box):
- X ◁ Ch. 7
- ◁ Ch. 7 Broker
- ◁ Ch. 9
- ◁ Ch. 11
- ◁ Ch. 11 Railroad
- ◁ Ch. 12
- ◁ Ch. 13
- ◁ Sec. 304

**IF BUSINESS, FORM OF ORGANIZATION** (Check One Box):
- X ◁ Individual
- ◁ Corp. Publicly Held
- ◁ Partnership
- ◁ Corp. Closely-Held

**TYPE OF BUSINESS** (Check One Box): ◁ Farmer, ◁ Trans-Portatn, ◁ Construction, ◁ Profess., ◁ Real Estate, ◁ Retail/Whsle., ◁ Mftr./Mining, ◁ Other Business

**ESTIMATED NO. CREDITORS**: 1-15 [X], 16-49 [ ], 50-99 [ ], 100-999 [ ], 1000-Over [ ]

**ESTIMATED ASSETS (IN 000's OF DOLLARS)**: Under 50 [X], 50-99 [ ], 100-499 [ ], 500-999 [ ], 1000-Over [ ]

**EST. NUMBER OF EMPLOYEES—CH. 11 AND CH. 12 ONLY**: 0 [ ], 1-19 [ ], 20-99 [ ], 100-999 [ ], 1000-Over [ ]

**ESTIMATED LIABILITIES (IN 000's OF DOLLARS)**: Under 50 [X], 50-99 [ ], 100-499 [ ], 500-999 [ ], 1000-Over [ ]

**EST. NO. OF EQU. SECURITY HOLDERS—CH.11 & CH.12 ONLY**: 0 [ ], 1-19 [ ], 20-99 [ ], 100-999 [ ], 1000-Over [ ]

| ATTORNEY FOR DEBTOR (NAME, ADDRESS, AND TELEPHONE NO) | TRUSTEE (NAME, ADDRESS AND TELEPHONE NUMBER) |
|---|---|
| EDGAR A BLUMENFELD LTD<br>134 N LASALLE STREET<br>SUITE 1920<br>CHICAGO  IL  60602<br>TEL: 312-346-2789 | JOEL A SCHECHTER ESQ<br>53 WEST JACKSON BOULEVARD<br>SUITE 915<br>CHICAGO  IL  606043606<br>TEL: 312-332-0267 |

| Date of Entry | Document Number | BANKRUPTCY CASE RECORD | Date of Entry | Document Number | BANKRUPTCY CASE RECORD |
|---|---|---|---|---|---|
| | | Application and Order for Payment of Installment Filing Fee | | | Order/Notice to File Claims and Certificate of Mailing |
| 031690 | 1 | Affidavit Re: GR 39 | | | Notice of Discharge Hearing/and Certificate of Mailing  24 |
| 031690 | 1 | Disclosure Statement | 081090 | 5 | |
| 031690 | 1 | Notice to Individual Consumer Debtor | | | Notice of Confirmation Hearing/and Certificate of Mailing |
| 031690 | 1 | Statement of Affairs and Schedules (or Ch. 13 Statement) | | | Section 341 Meeting conducted |
| 031690 | 1 | | | | |
| | | Schedule of Income and Expenditures | 081090 | 5 | Discharge entered  8/2/90 |
| | | Statement of Debtor's Intentions | 081090 | 5 | Notice of Discharge & Certification of Mailing  24 |
| | | Appointment of Trustee | 050991 | 7 | Trustee's Final Report: & ORDER  [X] No Asset  [ ] Asset  cg |
| | | Trustee's Bond & Order Approving/Trustee Acceptance | | | Orders of Final Distribution |
| 033090 | 2 | Notice of Section 341 Meeting & Certificate of Mailing  24 | MAY 15 1991 | | Order Closing Case |

B100 (11/86) BANKRUPTCY DOCKET

BANKRUPTCY CASE RECORD

| DATE FILED | DATE OF ENTRY | DOCUMENT NUMBER | |
|---|---|---|---|
| 3-20-90 | 3-30-90 | 2 | **Last day to** file objections to discharge is 6-12-90.    cr    **NO ASSETS** |
| 4-2-90 | 4-4-90 | 3 | Amended Schedule of Debts.(no fee)    dr |
| 5-14-90 | 5-16-90 | 4 | Schedule of Current Income and Current Expenditures.   cr |
| 8-27-90 | 8-29-90 | 6 | Reaffirmation Agreement with Debtor and Sears Roebuck & Company.    cg |
| 3-20-90 | 3-30-90 | | **Last day to** file objections to discharge is 6-12-90.    cr    **NO ASSETS** |